UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHENG-WEN CHENG,<br><br>    Plaintiff,<br><br> v.<br><br>JEREMY MAULTZ,<br><br>    Defendant. | Case No. 3:23-cv-05324-TMC<br><br>ORDER REGARDING PLAINTIFF'S LETTER FOR LEAVE TO AMEND |

**ORDER**

On December 18, 2023, the Court received a letter from pro se Plaintiff Sheng-Wen Cheng requesting leave to amend his complaint. Dkt. 35. Mr. Cheng stated that he conducted "preliminary research" after learning of Defendant Jeremy Maultz's death indicating that "certain family members" of Mr. Maultz could be defendants in this case. *Id*. at 1.

The Court construed Mr. Cheng's letter as a motion for leave to amend his complaint, but the letter does not identify the proposed new defendants, explain the claims he wishes to bring against them or facts that support those claims, or give any basis for jurisdiction. Accordingly, the Court directs Mr. Cheng to file a formal motion for leave to amend in compliance with Federal Rule of Civil Procedure 15 and Local Civil Rule 15, including a copy of his proposed

amended complaint, so that the Court may evaluate if his amended pleading meets the required legal standard. Local Civil Rule 15 for amended pleadings requires the following:

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulated motion and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulated motion. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If a motion or stipulated motion for leave to amend is granted, the party who was given leave to amend must file and serve the amended pleading on all parties within fourteen (14) days of the filing of the order granting leave to amend, unless the court orders otherwise.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 5th day of January, 2024.

Tiffany M. Cartwright
United States District Court Judge